

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-29-2007

# Tillio v. Mendelsohn

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-1123

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Tillio v. Mendelsohn" (2007). *2007 Decisions.* Paper 174.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/174

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-1123
_____

PATRICK D. TILLIO, SR.

Appellant

v.

JULES MENDELSOHN

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D. C. No. 06-cv-01977)
District Judge: Hon. Cynthia M. Rufe
_____

Submitted under Third Circuit LAR 34.1(a)
July 25, 2007

Before: BARRY, CHAGARES AND ROTH, <u>Circuit Judges</u>

Opinion filed November 29, 2007

_____

O P I N I O N
_____

PER CURIAM

Appellant Patrick D. Tillio, Sr. appeals from the District Court's order dismissing his

<u>pro</u> <u>se</u> complaint for failure to prosecute. We will **affirm**.

In May 2006, Tillio filed a <u>pro</u> <u>se</u> complaint apparently arising out of the tax sale of his property. The next month, Tillio attempted to serve the defendant with the summons and complaint. No further activity in the case occurred until November 28, 2006, when the District Court ordered Tillio to show cause within 14 days why the action should not be dismissed for failure to prosecute. Tillio failed to respond, and the District Court dismissed the action on December 20, 2006. This timely appeal followed.

Even according Tillio the special consideration afforded to <u>pro</u> <u>se</u> litigants, we conclude that the District Court did not abuse its discretion. After several months of inactivity, the District Court directed Tillio to show cause why the case should not be dismissed, warned him that failure to comply with its show cause order could result in dismissal, and provided him an opportunity to respond. Tillio has not explained his failure to prosecute this action, and there is no indication that he failed to receive the show cause order or that he did not understand it.

For these reasons, we will affirm the District Court's order dismissing the case.